**M. Louise Craig, for use of James Nelson, defendant in error, v. Chicago Trust Company, plaintiff in error.** Gen. No. 28,787.

Case consolidated with 236 Ill. App. 223. Error to the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding.

(621)

Heard in the third division of this court for the first district at the March term, 1924. Reversed. Opinion filed February 2, 1925.

Defrees, Buckingham & Eaton, for plaintiff in error; Don Kenneth Jones and Vincent O'Brien, of counsel. Clarence A. Samuel, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.